# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stein, Sidney H | Southern District of New York | 8/13/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.C. Judge - Active Status | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Member, Board of Directors | ████████████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | West Group - Royalty | $3389 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ██████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale University | Jan. 13-16, 2003 - Yale China Center, workshop with Chinese judges, Shanghai (transportation, room, meals) |
| 2. | Association of the Bar of the City of New York | May 9-16, 2003 - Study Mission of the Bar Ass'n's Committee on International Human Rights to Northern Ireland (transportation, room, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Stein, Sidney H | | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |
| 3. DREYFUS MUNI MKT FD | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |
| 4. COMMON STOCKS | | | | | | | | | |
| 5. BANKAMERICA CORP. COM. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |
| 6. BERKSHIRE HATHAWAY CORP. COM. | | ▬▬▬ | | | | | | | |
| 7. FEDERAL NATIONAL MTG ASSN COM. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | ▬▬▬ | | | | |
| 8. 5180 GRANT AVENUE CORP. | ▬▬▬ | ▬▬▬ | ▬▬ | | | | | | |
| 9. MICROSOFT CORP. COM. | | | | | ▬▬▬ | ▬▬▬ | | | |
| 10. MICROSOFT CORP. COM. | | | | | ▬▬▬ | | | | |
| 11. MICROSOFT CORP. COM. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | ▬▬▬ | | | | |
| 12. PHILIP MORRIS CO INC. COM. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |
| 13. | | | | | ▬▬ | | | | |
| 14. ARROW ELEC. | | ▬▬▬ | | | | | | | |
| 15. CABOT INC. | | ▬▬ | | | ▬▬▬ | | | | |
| 16. CSX CORP. | ▬▬▬ | ▬▬▬ | | | | | | | |
| 17. DOW CHEMICAL | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |
| 18. MEDTRONIC INC. | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000         M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
   (See Column C2)             U = Book Value             V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NORFOLK SOUTHERN | ████████ | ████████ | | | | | | | |
| 20. SEARS ROEBUCK | | | | | ████ | | | | |
| 21. SEARS ROEBUCK | ████████ | ████████ | | | | | | | |
| 22. AMERICAN ELECTRIC POWER | ████████ | ████████ | | | | | | | |
| 23. BANK ONE CORP. | | ████████ | ████████ | | | | | | |
| 24. CHUBB CORP. | ████████ | ████ | | | | | | | |
| 25. CINERGY CORP. | ████████ | ████████ | | | | | | | |
| 26. COOPER TIRE & RUBBER | ████████ | ████ | | | | | | | |
| 27. DANA CORP. | | | | | ████ | | | | |
| 28. DANA CORP. | ████████ | ████████ | | | ████ | | | | |
| 29. FEDERATED DEPT. STORES | ████████ | ████████ | | | | | | | |
| 30. GENUINE PARTS CO. | ████████ | ████ | | | | | | | |
| 31. GEORGIA-PAC GP | | ████████ | ████████ | | | | | | |
| 32. INGRAM MICRO INC. | | ████ | | | | | | | |
| 33. MAY DEPT. STORES | ████████ | ████ | | | | | | | |
| 34. OCCIDENTAL PET. | ████████ | ████ | | | | | | | |
| 35. SUPERVALUE INC. | ████████ | ████ | | | | | | | |
| 36. VF CORP. | ████████ | ████ | | | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)          U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. WISCONSIN ENERGY | | | | | | | | | |
| 38. AMERICAN INT'L GROUP INC. | | | | | | | | | |
| 39. AMERICAN INT'L GROUP INC. | | | | | | | | | |
| 40. AVNET, INC. | | | | | | | | | |
| 41. BURLINGTON NORTHERN SANTA FE CORP. | | | | | | | | | |
| 42. EASTMAN CHEMICAL | | | | | | | | | |
| 43. LEGGETT & PLATT | | | | | | | | | |
| 44. NATIONAL CITY CORP. | | | | | | | | | |
| 45. SONOCO PRODUCTS | | | | | | | | | |
| 46. TECH DATA CORP. | | | | | | | | | |
| 47. TEMPLE INLAND | | | | | | | | | |
| 48. ALLIANT TECHSYSTEMS | | | | | | | | | |
| 49. ALLIANT TECHSYSTEMS | | | | | | | | | |
| 50. ALLIANT TECHSYSTEMS | | | | | | | | | |
| 51. COMCAST CORP. CL. A | | | | | | | | | |
| 52. COMCAST CORP. CL. A | | | | | | | | | |
| 53. COMCAST CORP. CL. A | | | | | | | | | |
| 54. COMCAST CORP. CL. A | | | | | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. COMCAST CORP. CL. A | | | | | ▬▬▬ | | | | |
| 56. COMCAST CORP. CL. A | | | | | ▬▬▬ | | | | |
| 57. COMCAST CORP. CL. A | | ▬▬▬ | | | | | | | |
| 58. COSTCO WHOLESALE CORP. | | ▬▬▬ | | | | | | | |
| 59. FLEET BOSTON FINANCIAL | ▬▬▬ | | | | | | | | |
| 60. FREDDIE MAC | ▬▬▬ | | | | | | | | |
| 61. GOLDEN WEST FINANCIAL | ▬▬▬ | | | | | | | | |
| 62. HEALTH NET INC. | | ▬▬▬ | | | | | | | |
| 63. LEAR CORPORATION | | ▬▬▬ | | | | | | | |
| 64. LEHMAN BROTH. HOLDINGS | ▬▬▬ | | | | | | | | |
| 65. LOCKHEED MARTIN | ▬▬▬ | | | | | | | | |
| 66. MAGNA INTL. INC. CLASS A | ▬▬▬ | | | | | | | | |
| 67. NORTEL NETWORKS CORP. | ▬▬▬ | | | | | | | | |
| 68. OSI SYSTEMS | | | | | ▬▬▬ | | | | |
| 69. OSI SYSTEMS | | ▬▬▬ | | | | | | | |
| 70. PFIZER INC. | | | | | ▬▬▬ | | | | |
| 71. PFIZER INC. | ▬▬▬ | | | | | | | | |
| 72. PFIZER INC. | ▬▬▬ | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. QUEST COMM. | | | | | | | | | |
| 74. REGIONS FINANCIAL CORP. | | | | | | | | | |
| 75. SMURFIT STONE | | | | | | | | | |
| 76. SOLECTRON CORP. | | | | | | | | | |
| 77. SOLECTRON CORP. | | | | | | | | | |
| 78. SOLECTRON CORP. | | | | | | | | | |
| 79. SOLECTRON CORP. | | | | | | | | | |
| 80. STAPLES INC. | | | | | | | | | |
| 81. TELLABS INC. | | | | | | | | | |
| 82. VIACOM INC. CLASS B | | | | | | | | | |
| 83. VIACOM INC. CLASS B | | | | | | | | | |
| 84. VIACOM INC. CLASS B | | | | | | | | | |
| 85. VIACOM INC. CLASS B | | | | | | | | | |
| 86. WACHOVIA CORP. | | | | | | | | | |
| 87. WAL-MART STORES INC. | | | | | | | | | |
| 88. WAL-MART STORES INC. | | | | | | | | | |
| 89. WASHINGTON MUT. | | | | | | | | | |
| 90. WILLIS GROUP HOLDINGS | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ABBOTT LABS | | | | | ▉▉▉▉▉▉▉▉ | | | | |
| 92. ABBOTT LABS | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | | | ▉ |
| 93. ANDARKO PETROLEUM | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | | | |
| 94. ANDARKO PETROLEUM | | | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | |
| 95. ANHEUSER BUSCH | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | | | |
| 96. APACHE CORP. | | | | | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| 97. APACHE CORP. | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | | | |
| 98. AVAYA INC. | | | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | |
| 99. BJ SERVICES CO. | | | | | ▉▉▉▉▉▉▉ | | | | |
| 100. BJ SERVICES CO. | | | | | ▉▉▉▉▉▉▉▉ | | | | |
| 101. BJ SERVICES CO. | | | ▉▉▉▉▉▉▉▉▉▉ | | | | | | |
| 102. BAKER HUGHES | | | | | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| 103. BAKER HUGHES | ▉▉▉▉▉▉▉▉▉▉ | | | | | | | | |
| 104. BED BATH & BEYOND | | | ▉▉▉▉▉▉▉▉▉ | | | | | | |
| 105. CTI MOLECULAR IMAGING INC. | | | | | ▉▉▉▉▉▉▉▉ | | | | |
| 106. CTI MOLECULAR IMAGING INC. | | | | | ▉▉▉▉▉▉▉▉ | | | | |
| 107. CTI MOLECULAR IMAGING INC. | | | | | ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| 108. CARMAX INC. | | | | | ▉▉▉▉▉▉▉▉ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C:    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. CARMAX INC. | | | | | | | | | |
| 110. CHARLES RIVER LABS | | | | | | | | | |
| 111. CHARLES RIVER LABS | | | | | | | | | |
| 112. CHINA TELECOM CORP. LTD. | | | | | | | | | |
| 113. CHINA TELECOM CORP. LTD. | | | | | | | | | |
| 114. CHINA TELECOM CORP. LTD. | | | | | | | | | |
| 115. CHINA TELECOM CORP. LTD. | | | | | | | | | |
| 116. CHINA TELECOM CORP. LTD. | | | | | | | | | |
| 117. CIGNA CORP. | | | | | | | | | |
| 118. CISCO SYSTEMS | | | | | | | | | |
| 119. CLEAR CHANNEL COMM. | | | | | | | | | |
| 120. CLEAR CHANNEL COMM. | | | | | | | | | |
| 121. CONOCO PHILLIPS | | | | | | | | | |
| 122. CONSTELLATION ENERGY | | | | | | | | | |
| 123. COOPER INDUSTRIES CL. A | | | | | | | | | |
| 124. DELL COMPUTERS | | | | | | | | | |
| 125. EMC CORP. MASS. | | | | | | | | | |
| 126. EBAY INC. | | | | | | | | | |



1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. ENSCO INTL | | | | | ▬▬▬ | | | | |
| 128. ENSCO INTL | ▬▬▬ | | | | ▬▬▬ | | | | |
| 129. ENTERCOM COMM. | | | | | ▬▬▬ | | | | |
| 130. ENTERCOM COMM. | | ▬▬ | | | ▬▬▬ | | | | |
| 131. ENTRAVISION | | ▬▬ | | | ▬▬▬ | | | | |
| 132. FOREST LABS CL. A | | | | | ▬▬▬ | | | | |
| 133. FOREST LABS CL. A | | | | | ▬▬▬ | | | | |
| 134. FOREST LABS CL. A | | | | | ▬▬▬ | | | | |
| 135. FOREST LABS CL. A | | | ▬▬▬ | | ▬▬▬ | | | | |
| 136. FOX ENTERTAINMENT | | | | | ▬▬▬ | | | ▬ | |
| 137. FOX ENTERTAINMENT | | | ▬▬▬ | | ▬▬▬ | | | ▬ | |
| 138. GILEAD SCIENCES | | | ▬▬▬ | | ▬▬▬ | | | | |
| 139. HEWLETT PACKARD | ▬▬▬ | | | | | | | | |
| 140. HOME DEPOT INC. | | | ▬▬▬ | | | | | | |
| 141. IDEC PHARMACEUTICALS | | | | | ▬▬▬ | | | | |
| 142. IDEC PHARMACEUTICALS | | | | | ▬▬▬ | | | | |
| 143. IDEC PHARMACEUTICALS | | | | | ▬▬▬ | | | | |
| 144. IDEC PHARMACEUTICALS | | | | | ▬▬▬ | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. IDEC PHARMACEUTICALS | | ▬ | | | ▬▬▬▬ | | | | |
| 146. INTUIT | | | | | ▬▬▬▬ | | | | |
| 147. INTUIT | | ▬▬▬ | | | ▬▬▬▬ | | | | |
| 148. JANUS CORE EQUITY FUND (IRA) | ▬▬▬▬ | | | | | | | | |
| 149. LIN TV CL. A | | | | | ▬▬▬ | | | | |
| 150. LIN TV CL. A | | ▬▬▬ | | | ▬▬▬ | | | | |
| 151. LIZ CLAIBORNE | ▬▬▬▬ | | | | | | | | |
| 152. MARTEK BIOSCIENCES | | | | | ▬▬▬ | | | | |
| 153. MARTEK BIOSCIENCES | | | | | ▬▬▬ | | | | |
| 154. MARTEK BIOSCIENCES | | ▬▬▬▬ | | | | | | | |
| 155. MARVEL TECHNOLOGY | | | | | ▬▬▬ | | | | |
| 156. MARVEL TECHNOLOGY | | ▬ | | | ▬▬▬ | | | | |
| 157. MAXIM INTEGRATED PRODUCTS | ▬▬▬ | | | | ▬▬▬ | | | | |
| 158. MEAD WESTVACO CORP. | ▬▬▬▬ | | | | | | | | |
| 159. MEDIMMUNE INC. | | | | | ▬▬▬ | | | | |
| 160. MEDIMMUNE INC. | | | | | ▬▬ | | | | |
| 161. MEDIMMUNE INC. | | ▬ | | | ▬▬▬ | | | | |
| 162. METLIFE INC. | ▬▬▬▬ | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. NABORS INDUSTRIES LTD. | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | |
| 164. NOKIA CORP. | | | | | ▬▬▬ | | | | |
| 165. NOKIA CORP. | | | | | ▬▬▬ | | | | |
| 166. NOKIA CORP. | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | | |
| 167. PPL CORP. | | ▬▬▬ | ▬▬▬ | | | | | | |
| 168. QLOGIC CORP. | | | | | ▬▬▬ | | | | |
| 169. QLOGIC CORP. | | | | | ▬▬▬ | | | | |
| 170. QLOGIC CORP. | | | | | ▬▬▬ | | | | |
| 171. QLOGIC CORP. | | ▬▬ | | | ▬▬▬ | | | | |
| 172. RF MICRO DEVICES | | | | | ▬▬▬ | | | | |
| 173. RF MICRO DEVICES | | ▬▬ | | | ▬▬▬ | | | | |
| 174. SBC COMM. | | ▬▬ | | | ▬▬▬ | | | | |
| 175. SCHERING PLOUGH | | | | | ▬▬▬ | | | | |
| 176. SCHERING PLOUGH | | ▬▬ | | | ▬▬▬ | | | | |
| 177. SCHLUMBERGER LTD. | | | | | ▬▬▬ | | | | |
| 178. SCHLUMBERGER LTD. | | ▬▬▬ | ▬▬▬ | | ▬▬▬ | | | | |
| 179. SMITH INT'L | | ▬▬▬ | ▬▬▬ | | | | | | |
| 180. SPRINT CORP. | | | | | ▬▬▬ | | | | |



1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. SPRINT CORP. | ▬ | | | | ▬ | | | | |
| 182. SYMANTEC CORP. | | | | | ▬ | | | | |
| 183. SYMANTEC CORP. | | ▬ | | | ▬ | | | | |
| 184. TRAVELERS PROPERTY CASUALTY A | ▬ | | | | | | | | |
| 185. VALERO REFINING | ▬ | | | | | | | | |
| 186. WEATHERFORD INT'L LTD. | | | | | ▬ | | | | |
| 187. WEATHERFORD INT'L LTD. | | | | | ▬ | | | | |
| 188. WEATHERFORD INT'L LTD. | | | | | ▬ | | | | |
| 189. WEATHERFORD INT'L LTD. | | ▬ | | | ▬ | | | | |
| 190. WEIGHT WATCHERS INT'L | | | | | ▬ | | | | |
| 191. WEIGHT WATCHERS INT'L | | ▬ | | | ▬ | | | | |
| 192. ALTRIA GROUP INC. | ▬ | | | | | | | | |
| 193. ATI TECHNOLOGIES | | | | | ▬ | | | | |
| 194. ATI TECHNOLOGIES | | | | | ▬ | | | | |
| 195. ATI TECHNOLOGIES | | | | | ▬ | | | | |
| 196. ATI TECHNOLOGIES | | ▬ | | | ▬ | | | | |
| 197. AMERICAN POWER CONVERSION CORP. | ▬ | | | | | | | | |
| 198. ANGIOTECH PHARMACEUTICALS | | | | | ▬ | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. ANGIOTECH PHARMACEUTICALS | | | | | | | | | |
| 200. ANGIOTECH PHARMACEUTICALS | | | | | | | | | |
| 201. ANGIOTECH PHARMACEUTICALS | | | | | | | | | |
| 202. ANGIOTECH PHARMACEUTICALS | | | | | | | | | |
| 203. AU OPTRONICS ADR | | | | | | | | | |
| 204. AU OPTRONICS ADR | | | | | | | | | |
| 205. AU OPTRONICS ADR | | | | | | | | | |
| 206. AU OPTRONICS ADR | | | | | | | | | |
| 207. ASPEN INSURANCE HOLDINGS LTD. | | | | | | | | | |
| 208. AVENTIS S.A. ADR | | | | | | | | | |
| 209. BP PLC | | | | | | | | | |
| 210. BOSTON SCIENTIFIC | | | | | | | | | |
| 211. BOSTON SCIENTIFIC | | | | | | | | | |
| 212. BOSTON SCIENTIFIC | | | | | | | | | |
| 213. BROADCOM - CL. A | | | | | | | | | |
| 214. BROADCOM - CL. A | | | | | | | | | |
| 215. BROADCOM - CL. A | | | | | | | | | |
| 216. BROADCOM - CL. A | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. BROADCOM - CL. A | | ███ | | | ████████████ | | | | |
| 218. CARTER'S INC. | | | | | ███████████ | | | | |
| 219. CARTER'S INC. | | ███ | | | ███████████ | | | | |
| 220. CALLIDUS SOFTWARE | | | | | ██████████ | | | | |
| 221. CALLIDUS SOFTWARE | | ███ | | | ██████████ | | | | |
| 222. CHEVRON TEXACO | | █████ | | ███ | ██████████ | | | | |
| 223. CHUNGHWA TELECOM LTD. | | | | | ██████████ | | | | |
| 224. CHUNGHWA TELECOM LTD. | | ████ | | | ████ | | | | |
| 225. CITIGROUP INC. | | | | | ███████ | | | | |
| 226. CITIGROUP INC. | | ██████████████ | | | | | | | |
| 227. CONCUR TECHNOLOGIES | | | | | ██████████ | | | | |
| 228. CONCUR TECHNOLOGIES | | | | | ██████████ | | | | |
| 229. CONCUR TECHNOLOGIES | | ████ | | | ██████████ | | | | |
| 230. CO STAR GROUP | | | | | ██████████ | | | | |
| 231. CO STAR GROUP | | | | | ██████████ | | | | |
| 232. CO STAR GROUP | | | | | █████████ | | | | |
| 233. CO STAR GROUP | | ████████ | | | ████████████ | | | | |
| 234. CRAY INC. | | | | | ██████████ | | | | |



1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. CRAY INC. | | | | | ██████████ | | | | |
| 236. CRAY INC. | | | | | ██████████ | | | | |
| 237. CRAY INC. | | ██████████ | | | ██████████ | | | | |
| 238. CYBERONICS | | | | | ██████████ | | | | |
| 239. CYBERONICS | | | | | ██████████ | | | | |
| 240. CYBERONICS | | ██████████ | | | | | | | |
| 241. DIGITALNET HOLDINGS | | | | | ██████████ | | | | |
| 242. DIGITALNET HOLDINGS | ████ | | | | ██████████ | | | | |
| 243. DOT HILL SYSTEMS | | | | | ██████████ | | | | |
| 244. DOT HILL SYSTEMS | | ██████████ | | | | | | | |
| 245. DYAX CORP. | | | | | ██████████ | | | | |
| 246. DYAX CORP. | | | | | ██████████ | | | | |
| 247. DYAX CORP. | | | | | ██████████ | | | | |
| 248. DYAX CORP. | | | | | ██████████ | | | | |
| 249. DYAX CORP. | | | | | ██████████ | | | | |
| 250. DYAX CORP. | | | | | ██████████ | | | | |
| 251. DYAX CORP. | | | | | ██████████ | | | | |
| 252. DYAX CORP. | | | | | ██████████ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. DYAX CORP. | | | | | ███████ | | | | |
| 254. DYAX CORP. | | ███ | | | ███████ | | | | |
| 255. ENTERGY CORP. | ████████████ | | | | | | | | |
| 256. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 257. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 258. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 259. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 260. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 261. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 262. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 263. EXACT SCIENCES CORP. | | | | | ██████ | | | | |
| 264. EXACT SCIENCES CORP. | | ███ | | | ██████ | | | | |
| 265. FLEXTRONICS | | | | | ██████ | | | | |
| 266. FLEXTRONICS | | ███████ | | | ██████ | | | | |
| 267. FOREST OIL CORP. | | | | | ██████ | | | | |
| 268. FOREST OIL CORP. | | ████████ | | | ██████ | | | | |
| 269. GENERAL ELECTRIC | | | | | ██████ | | | | |
| 270. GENERAL ELECTRIC | | | | | ██████ | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. GENERAL ELECTRIC | | | | | | | | | |
| 272. GETTY IMAGES | | | | | | | | | |
| 273. GLAXO SMITHKLINE | | | | | | | | | |
| 274. GLAXO SMITHKLINE | | | | | | | | | |
| 275. GOLDMAN SACHS GROUP INC. | | | | | | | | | |
| 276. GOLDMAN SACHS GROUP INC. | | | | | | | | | |
| 277. HARTFORD FINANCIAL SERV. GROUP INC. | | | | | | | | | |
| 278. HUNT (JB) TRANSPORTATION | | | | | | | | | |
| 279. HUNT (JB) TRANSPORTATION | | | | | | | | | |
| 280. HUNT (JB) TRANSPORTATION | | | | | | | | | |
| 281. HUNT (JB) TRANSPORTATION | | | | | | | | | |
| 282. HUNT (JB) TRANSPORTATION | | | | | | | | | |
| 283. HYPERION SOLUTUIONS | | | | | | | | | |
| 284. HYPERION SOLUTIONS | | | | | | | | | |
| 285. HYPERION SOLUTIONS | | | | | | | | | |
| 286. JOHNSON & JOHNSON | | | | | | | | | |
| 287. JOHNSON & JOHNSON | | | | | | | | | |
| 288. JOHNSON & JOHNSON | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) U = Book Value | V = Other | W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. KROGER CO. | | | | | | | | | |
| 290. MAGMA DESIGN | | | | | | | | | |
| 291. MAGMA DESIGN | | | | | | | | | |
| 292. MAGMA DESIGN | | | | | | | | | |
| 293. MAGMA DESIGN | | | | | | | | | |
| 294. MAGMA DESIGN | | | | | | | | | |
| 295. MAGMA DESIGN | | | | | | | | | |
| 296. MAGMA DESIGN | | | | | | | | | |
| 297. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 298. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 299. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 300. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 301. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 302. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 303. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 304. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 305. MARTEN TRANSPORT LTD. | | | | | | | | | |
| 306. MARTEN TRANSPORT LTD. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 308. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 309. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 310. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 311. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 312. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 313. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 314. MARTEN TRANSPORT LTD. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 315. MARTEN TRANSPORT LTD. | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 316. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 317. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 318. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 319. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 320. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 321. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 322. MCDATA CORP. CL. A | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 323. MCDATA CORP. CL. A | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 324. MI DEVELOPMENTS | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. MI DEVELOPMENTS | | | | | | | | | |
| 326. NBTY INC. | | | | | | | | | |
| 327. NBTY INC. | | | | | | | | | |
| 328. NBTY INC. | | | | | | | | | |
| 329. NBTY INC. | | | | | | | | | |
| 330. NBTY INC. | | | | | | | | | |
| 331. NBTY INC. | | | | | | | | | |
| 332. NBTY INC. | | | | | | | | | |
| 333. NBTY INC. | | | | | | | | | |
| 334. NBTY INC. | | | | | | | | | |
| 335. NBTY INC. | | | | | | | | | |
| 336. NBTY INC. | | | | | | | | | |
| 337. NBTY INC. | | | | | | | | | |
| 338. NBTY INC. | | | | | | | | | |
| 339. NATIONAL FINANCIAL PARTNERS | | | | | | | | | |
| 340. NATIONAL FINANCIAL PARTNERS | | | | | | | | | |
| 341. NETGEAR INC. | | | | | | | | | |
| 342. NETGEAR INC. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
  (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. NETGEAR INC. | | | | | ▬▬▬▬ | | | ▬▬▬▬ | |
| 344. NETGEAR INC. | | ▬▬▬ | | | ▬▬▬▬ | | | ▬▬▬ | |
| 345. NETSCREEN TECHNOLOGIES | | | | | ▬▬▬▬ | | | | |
| 346. NETSCREEN TECHNOLOGIES | | | ▬▬▬▬ | | | | | | |
| 347. NETWORKS ASSOCIATES | | | | | ▬▬▬▬ | | | | |
| 348. NETWORKS ASSOCIATES | | | ▬▬▬▬ | | | | | ▬▬▬ | |
| 349. NOVARTIS AG | | | | | ▬▬▬▬ | | | | |
| 350. NOVARTIS AG | | | ▬▬▬▬ | | | | | ▬▬ | |
| 351. NOVELL INC. | | | | | ▬▬ | | | ▬▬▬ | |
| 352. NOVELL INC. | | | ▬▬▬▬ | | | | | ▬ | |
| 353. OPEN SOLUTIONS INC. | | | ▬▬▬▬ | | | | | ▬▬ | |
| 354. OVERNITE CORP. | | | | | ▬▬▬ | | | | |
| 355. OVERNITE CORP. | | ▬▬▬ | | | ▬▬▬▬ | | | | ▬▬ |
| 356. PARTNERRE LTD. | ▬▬▬▬▬ | | | | | | | | |
| 357. PEPSICO | ▬▬▬▬ | | | | | | | | |
| 358. PHOTO DYNAMICS INC. | | | | | ▬▬▬ | | | | |
| 359. PHOTO DYNAMICS INC. | | | | | ▬▬▬▬ | | | | |
| 360. PHOTO DYNAMICS INC. | | | | | ▬▬▬ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 362. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 363. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 364. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 365. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 366. PHOTO DYNAMICS INC. | | | | | ■■■■ | | | | |
| 367. PHOTO DYNAMICS INC. | | ■■ | | | ■■■■ | | | | |
| 368. PROTEIN DESIGN LABS | | | | | ■■■■ | | | | |
| 369. PROTEIN DESIGN LABS | | | | | ■■■■ | | | | |
| 370. PROTEIN DESIGN LABS | | | | | ■■■■ | | | | |
| 371. PROTEIN DESIGN LABS | | | | | ■■■■ | | | | |
| 372. PROTEIN DESIGN LABS | | ■■■■ | | | ■■■■ | | | | |
| 373. QUEST SOFTWARE | | | | | ■■■■ | | | | |
| 374. QUEST SOFTWARE | | | | | ■■■■ | | | | |
| 375. QUEST SOFTWARE | | | | | ■■■■ | | | | |
| 376. QUEST SOFTWARE | | | | | ■■■■ | | | | |
| 377. QUEST SOFTWARE | | | | | ■■■■ | | | | |
| 378. QUEST SOFTWARE | | | | | ■■■■ | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. QUEST SOFTWARE | | | | | ▟▟▟▟ | | | | |
| 380. QUEST SOFTWARE | | | | | ▟▟▟▟ | | | | |
| 381. QUEST SOFTWARE | | | | | ▟▟▟▟ | | | | |
| 382. QUEST SOFTWARE | | ▟▟▟ | | | ▟▟▟▟ | | | | |
| 383. RENAISSANCERE HOLDINGS LTD. | ▟▟▟▟ | | | | ▟▟▟▟ | | | | |
| 384. RESMED INC. | | ▟▟▟ | | | ▟▟▟▟ | | | | |
| 385. RESPIRONICS INC. | | | | | ▟▟▟ | | | | |
| 386. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 387. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 388. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 389. RESPIRONICS INC. | | | | | ▟▟▟ | | | | |
| 390. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 391. RESPIRONICS INC. | | | | | ▟▟▟ | | | | |
| 392. RESPIRONICS INC. | | | | | ▟▟▟ | | | | |
| 393. RESPIRONICS INC. | | | | | ▟▟▟ | | | | |
| 394. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 395. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |
| 396. RESPIRONICS INC. | | | | | ▟▟▟▟ | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. RESPIRONICS INC. | | ███ | | | ██████████ | | | | |
| 398. SAFEWAY, INC. | | ████████████████████████ | | | | | | | |
| 399. SIGMATEL INC. | | | | | █████████ | | | | |
| 400. SIGMATEL INC. | | | | | █████████ | | | | |
| 401. SIGMATEL INC. | | | | | █████████ | | | | |
| 402. SIGMATEL INC. | | | | | █████████ | | | | |
| 403. SIGMATEL INC. | | | | | █████████ | | | | |
| 404. SIGMATEL INC. | | | | | █████████ | | | | |
| 405. SIGMATEL INC. | | | | | █████████ | | | | |
| 406. SIGMATEL INC. | | | | | █████████ | | | | |
| 407. SIGMATEL INC. | | | ██████████████████████████ | | | | | | |
| 408. TELIK INC. | | | | | █████████ | | | | |
| 409. TELIK INC. | | | | | ████████████████████ | | | | |
| 410. TELIK INC. | | | | | █████████ | | | | |
| 411. TELIK INC. | | | | | █████████ | | | | |
| 412. TELIK INC. | | | | | ██████████ | | | | |
| 413. TELIK INC. | | | ██████████████████████████ | | | | | | |
| 414. TERADYNE INC. | | | | | █████████ | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. TERADYNE INC. | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 416. TERADYNE INC. | | ▬▬ | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 417. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 418. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 419. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 420. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 421. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 422. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 423. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 424. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 425. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 426. TESSERA TECHNOLOGIES | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 427. TESSERA TECHNOLOGIES | | ▬▬▬ | ▬▬▬ | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 428. TEVA PHARMACEUTICAL | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 429. TEVA PHARMACEUTICAL | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 430. TEVA PHARMACEUTICAL | | ▬▬▬ | ▬▬▬ | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 431. TEXTRON INC. | | ▬▬▬ | ▬▬▬ | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |
| 432. 3 COM CORP. | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. 3 COM CORP. | | | | | ███████████ | | | | |
| 434. 3 COM CORP. | | | ██████████████ | | ███████████ | | | | |
| 435. USA INTERACTIVE | | | | | ███████████ | | | | |
| 436. USA INTERACTIVE | | | | | ███████████ | | | | |
| 437. USA INTERACTIVE | | | | | ███████████ | | | | |
| 438. USA INTERACTIVE (Name changed to Interactive Corp.) | ███ | | | | ███████████ | | | | |
| 439. VISTACARE CL. A | | | | | ███████████ | | | | |
| 440. VISTACARE CL. A | | | ██████████ | | ███████████ | | | | |
| 441. WYETH | ██████████ | | | | ███████████ | | | | |
| 442. X M SATELLITE RADIO CL. A | | | | | ██████████████ | | | | |
| 443. X M SATELLITE RADIO CL. A | | | ██████████ | | ███████████ | | | | |
| 444. TAX EXEMPT BONDS | | | | | | | | | |
| 445. NY ST TWY AUTH HWY & BRDG TR FD SER A N/C AMBAC | ████████████████ | | | | | | | | |
| 446. NEW YORK ST HSG FIN AGY GEN HSG SER B | █████████████ | | | | | | | | |
| 447. NEW YORK ST MTG AGY REV HOMETOWN MTG-29-A-RMKT | █████████████ | | | | | | | | |
| 448. NY STATE POWER AUTH GEN REV ETM SER A | ████████████████ | | | | ██████████ | | | | |
| 449. NY STATE PWR AUTH REV & GEN PURP SER DETM | █████████████ | | | | | | | | |
| 450. TRIBORO BRIDGE & TUNNEL AUTH 4.75% 1/1/05 | █████████████ | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. NEW YORK STATE POWER AUTH SER G 1/1/10 | ███ | | | | ███ | | | | |
| 452. NEW YORK STATE LOCAL GOVT. ASST. 4/1/05 | ███ | | | | ███ | | | | |
| 453. RENSSALAER CTY N.Y. | ███ | | | | | | | | |
| 454. NYS MTG AGY | ███ | | | | | | | | |
| 455. NYS THWY. AUTH. | ███ | | | | | | | | |
| 456. NEW YORK ST. CTFS PARTN | ███ | | ███ | | ███ | | | | |
| 457. NEW YORK ST. HSG. FIN. AGY. GEN. SER. A | ███ | | | | ███ | ███ | | | |
| 458. NEW YORK STATE POWER AUTH. | ███ | | | | ███ | ███ | | | |
| 459. DUTCHESS CTY, NY 5%, 8/1/09 | ███ | | | | | | | | |
| 460. NYS DORM. AUTH. 5.375%, 2/15/07 | ███ | | | | | | | | |
| 461. NYS URBAN DEV. 5.2%, 1/1/04 | ███ | | | | | | | | |
| 462. NYS SER. A 5%, 3/15/14 | ███ | | | | | | | | |
| 463. MTA N.Y. 5%, 7/1/11 | ███ | | | | ███ | | | | |
| 464. TRIBOROUGH BRIDGE & TUNNEL 5.2%, 1/1/20 | ███ | | | | ███ | | | | |
| 465. MUTUAL FUNDS | | | | | | | | | |
| 466. BRANDYWINE FUND INC. | | ███ | | | | | | | |
| 467. VANGUARD 500 INDEX FUND | ███ | | | | | | | | |
| 468. DAVIS NY VENTURE FUND INC. CL. A | ███ | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 469. ICAP FUNDS | | | | | ▇▇▇▇ | | | | |
| 470. ICAP FUNDS | | | | | ▇▇▇▇ | | | | |
| 471. ICAP FUNDS | ▇▇▇▇▇▇▇▇ | | | | ▇▇▇▇ | | | | |
| 472. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 473. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 474. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 475. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 476. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 477. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 478. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 479. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 480. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 481. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 482. ALLIANCE MUNICIPAL INCOME FUND | | | | | ▇▇▇▇ | | | | |
| 483. ALLIANCE MUNICIPAL INCOME FUND | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | | | | |
| 484. MISCELLANEOUS | | | | | | | | | |
| 485. CASH | ▇▇▇▇▇▇▇▇ | | | | | | | | |
| 486. FINE ARTS HELD AS TENANT-IN-COMMON | ▇▇▇▇▇▇▇▇ | | | | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. ARBOR PPTY TRUST | | ▓▓▓▓ | ▓▓▓▓ | | | | | | |
| 488. SERVICEMASTER LP | | ▓▓▓▓▓▓ | | | | | | | |
| 489. ▓▓▓▓▓▓▓▓▓ | | | | | | | | | |
| 490. ▓▓▓▓▓▓▓ | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | St in, Sidn y H | 8/13/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

███████████████ have contingent remainder interests in two charitable lead trusts. No information with respect to these trusts was included in Part VII since the ████████ ave no present beneficial interests in these trusts.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stein, Sidney H | 8/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including nformation perta ning to my spouse and m nor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met appl cable statutory provisions permitting non-d sclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compl ance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date ___*August 13, 2004*___

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544